No. 17,070.

KETRING ET AL. *v.* DEEDS.
(264 P. [2d] 862)

Decided December 7, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ALEX B. HOLLAND, Mr. WILBUR ROCCHIÓ, Mr. FRANK G. COOLEY, for plaintiffs in error.

Messrs. GARWOOD & GARWOOD, for defendant in error.